

**ORDERED in the Southern District of Florida on September 28, 2017.**

**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                              CASE NO. 17-15629-AJC

ELYA DANIEL,                                        Chapter 13

    Debtor.
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF MIDFIRST BANK

THIS CAUSE before the Court for hearing on September 26, 2017 upon Debtor's Objection to Claim No. 1 of MidFirst Bank [ECF #27]. Based upon the debtor's assertions made in support of the Objection, the Court having considered the record in this case, and being duly advised in the premises, it is

    **ORDERED:**

    1. Debtor's Objection to Claim No. 1 of MidFirst Bank is **SUSTAINED**.

    2. The claim is **ALLOWED** but shall receive no distributions from the debtor's Chapter 13 plan.

# # #

Copy to:

Matt Bayard, Esq.
Legal Services of Greater Miami, Inc.
4343 W. Flagler Street, Suite 100
Miami, Florida 33134
Email: mbayard@legalservicesmiami.org

Attorney Matt Bayard Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.