

**ORDERED in the Southern District of Florida on November 28, 2017.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:  Elya Daniel                               Case No: 17-15629-AJC
      Debtor                                  Chapter 13

_____/

**AGREED ORDER ON OBJECTION TO AMENDED CLAIM OF AMERICAN INVESTMENT SERVICES, LLP**

THIS CAUSE came to be heard on November 21, 2017, on the Debtor's Objection to Amended Claim #2-1 of American Investment Services LLP [ECF #56]. Based upon agreement between the parties, having considered the record in this case, and being duly advised in the premises, the Court **ORDERS** as follows:

1. Creditor American Investment Services, LLP ("AIS") shall have an allowed secured mortgage claim in the debtor's real property located at 1450 NW 116th Terrace, Miami, Florida 33167 in the amount of $21,000.00. AIS' Proof of Claim #2-1 is hereby amended to reflect that the total amount owed by the Debtor to AIS on the date of the petition was $21,000.00

2. The Debtor will be allowed to pay off this Claim through her bankruptcy plan at the interest rate of 3.5%.

3. AIS shall retain its security interest in the debtor's real property until it receives payment in full through the debtor's Chapter 13 plan.

4. Upon receipt of payment in full under the Debtor's plan, AIS shall record Satisfaction of Mortgage for its mortgage on the debtor's real property in the public records of Miami-Dade County, Florida. Each party shall be bear their own fees and costs relating to this objection to claim.

###

Attorney Matt Bayard is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order.